UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN BUSHANSKY<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DIAMOND S SHIPPING INC., ALEXANDRA KATE BLANKENSHIP, GERASIMOS G. KALOGIRATOS, HAROLD L. MALONE III, NADIM Z. QURESHI, CRAIG H. STEVENSON, JR., BART H. VELDHUIZEN, AND GEORGE CAMBANIS,<br><br>　　　　　Defendants. | Case No. 1:21-cv-05736-MKV<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

　　　PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Stephen Bushansky ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action") without prejudice.  Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: March 24, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Michael Rogovin*
　　　　　　　　　　　　　　　　　　　　　　　　　　**WEISS LAW**
　　　　　　　　　　　　　　　　　　　　　　　　　　Michael Rogovin
　　　　　　　　　　　　　　　　　　　　　　　　　　476 Hardendorf Ave. NE
　　　　　　　　　　　　　　　　　　　　　　　　　　Atlanta, GA 30307
　　　　　　　　　　　　　　　　　　　　　　　　　　Tel: (404) 692-7910
　　　　　　　　　　　　　　　　　　　　　　　　　　Direct: (646) 588-3159
　　　　　　　　　　　　　　　　　　　　　　　　　　mrogovin@weisslawllp.com

　　　　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*